IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW aka JOHN HSIA,<br><br>        Petitioner,<br> v.<br><br>TIM PEREZ, Acting Warden,<br><br>        Respondent.<br>_____/ | No. C 13-1739 CW (PR)<br><br>ORDER DECLINING TO RELATE CASES PURSUANT TO CIVIL LOCAL RULE 3-12 |
| JOHN SHAW aka JOHN HSIA,<br><br>        Plaintiff,<br> v.<br><br>CORRECTIONAL OFFICER CHANG,<br><br>        Defendant.<br>_____/ | No. C 13-2532 NC (PR) |

    Defendant Chang has filed a motion to consider whether these cases should be related pursuant to civil local rule 3-12. (docket no. 23).  The Court declines to relate the cases.

Dated: 2/11/2014

_____
CLAUDIA WILKEN
United States District Judge